IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| JOEL CAPERS DICKENS AND | |
| LINDSEY HOPE DICKENS, DEBTORS | CASE NO. 16-52054-KMS |

## NOTICE OF ENTRY OF APPEARANCE

Pursuant to Bankruptcy Rules 2002 and 9010, Elizabeth Crowell of Underwood Law Firm PLLC hereby enters her appearance as attorney for Bancorp South, and requests that all documents, pleadings, and mailings be sent to Underwood Law Firm PLLC.

Please add the following name and address to the list of creditors:

Bancorp South
c/o Elizabeth Crowell
Underwood Law Firm PLLC
340 Edgewood Terrace Dr.
Jackson, MS 39206

Date: December 15, 2016

/s/ Elizabeth Crowell
Elizabeth Crowell
MSB #103676

Elizabeth Crowell
Underwood Law Firm PLLC
340 Edgewood Terrace Drive
Jackson, MS  39206
Tel:  (601) 981-7773
Fax: (601) 362-5673
elizabeth@underwoodlawfirm.com

## CERTIFICATE OF SERVICE

I, Elizabeth Crowell, attorney for Movant, hereby certify that the following were served via ECF system with a true and correct copy of the Entry of Appearance to:

Paul B. Caston, the Debtor's attorney, paulcaston@gmail.com

Derek A. Henderson, Chapter 7 Trustee, dhenderson@bellsouth.net

U.S. Trustee, USTPRegion05.JA.ECF@usdoj.gov

THIS, the 15th day of December, 2016.

/s/ Elizabeth Crowell
Elizabeth Crowell
MSB #103676